# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                    Plaintiff,

v.                                        Case No.: 1:15−cv−01873
                                              Honorable Sharon Johnson Coleman

John Doe

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, March 22, 2015:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion for discovery prior to Rule 26f conference [5] is granted. No appearance required on 3/24/2014. Status hearing set for 5/15/2015 at 09:00 AM. Plaintiff is directed to advise the defendant of the status hearing forthwith. The parties are directed to meet and discuss the status of the case. The parties are to file a joint status report by 5/12/2015 in the format described on the court's website at www.ilnd.uscourts.gov. The parties are directed to discuss settlement, and whether they consent to proceed before the Magistrate Judge.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.